No. 81–1715. RAILWAY LABOR EXECUTIVES' ASSN. *v.* SCOTT, TRUSTEE, ET AL. C. A. 3d Cir.; and

No. 81–1805. RAILWAY LABOR EXECUTIVES' ASSN. *v.* GIBBONS, TRUSTEE, ET AL. C. A. 7th Cir. Motion of petitioner to consolidate the petitions for writs of certiorari denied. Certiorari denied. Reported below: No. 81–1715, 673 F. 2d 1301; No. 81–1805, 672 F. 2d 920.

No. 81–1813. FOUST ET AL. *v.* GARMON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* denied. Certiorari denied.

No. 81–1820. CFS CONTINENTAL, INC., ET AL. *v.* ADAMS EXTRACT CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.